# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIETA LUMPAYAO THORNTON,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:14-cv-00542-SAB<br><br>ORDER DISMISSING ACTION PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 9) |

Plaintiff Julieta Lumpayao Thornton filed this action on April 17, 2014 seeking review of the decision denying Social Security benefits.  (ECF No. 1.)  On June 2, 2014, Plaintiff filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B).  (ECF No. 9.)  The parties have consented to the jurisdiction of the Magistrate Judge.  (ECF Nos. 7, 8.)

"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it."  Id. at 1078.

1    Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without
2 prejudice, and each party shall bear its own fees, costs and expenses.  The Clerk of the Court is
3 directed to close this action.

IT IS SO ORDERED.

Dated:   **June 3, 2014**

_____
UNITED STATES MAGISTRATE JUDGE